JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

AN TUONG VU,

     Petitioner,

v.

TODD LYONS, et al.,

     Respondents.

Case No. 5:26-cv-02930-KES

**JUDGMENT**

Pursuant to the Court's Order Granting the Petition in Part and Ordering Petitioner's Release from Custody, IT IS ADJUDGED that the Petition is granted in part and denied in part.

DATED: June 11, 2026      _____

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE